1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   OLIVIA TELLEZ,                      )     Case No. SA CV 09-0609 FMO
                                         )
12                 Plaintiff,            )
                                         )
13           v.                          )     **JUDGMENT**
                                         )
14   MICHAEL J. ASTRUE,                  )
     COMMISSIONER OF SOCIAL              )
15   SECURITY ADMINISTRATION,            )
                                         )
16                 Defendant.            )
                                         )
17   _____   )

18         Pursuant to the Court's Order of Remand and the parties' Stipulation to Voluntary Remand

19   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of

20   Remand"), IT IS ADJUDGED that the above-captioned action is remanded, pursuant to sentence

21   four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Stipulation

22   to Remand, filed on February 17, 2010.

23   Dated this 18th day of February, 2010.

24

25                                                        /s/
                                                   _____
26                                                    Fernando M. Olguin
                                                   United States Magistrate Judge

27

28